UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENDALE WALKER,

    Plaintiff,

  v.                                 Case No. 6:23-cv-02132-CEM-RMN

AMERICAN SENIOR PRODUCTS
LLC, JASON JUE, AND BLAIR
JESSWEIN,

    Defendants.

_____

### Plaintiff's Notice of Settlement

In accordance with Local Rule 3.09(a), please take notice that Plaintiff Kendale Walker has resolved his claims against Defendants American Senior Products, LLC., Jason Jue, and Blair Jesswein. Accordingly, Plaintiff anticipates filing a Notice of Dismissal with Prejudice towards specific parties within 30 days of this Notice.

DATED January 25, 2024  Respectfully submitted,

*/s/ John Kauffman*
Florida Bar No. 538205
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Lead Counsel for Plaintiff*